| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Sonia Singh<br>Danning Gill Diamond & Kollitz<br>1900 Avenue of the Stars 11th Fl<br>Los Angeles, CA 90067<br><br>310-277-0077<br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| In re:<br><br>Hadley Collision Center, Inc.<br><br><br>Debtor(s). | CASE NO.: 2:17-bk-17975-BR<br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:19-ap-01193-BR |
|---|---|
| Brad D. Krasnoff, Chapter 7 Trustee<br><br>Plaintiff(s)<br>Versus<br>Andrey Garibyan, an individual<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **07/31/2019.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    **Date:**                **September 4, 2019**
    **Time:**               **02:00 PM**
    **Hearing Judge:**    **Barry Russell**
    **Location:**          **255 E Temple St., Crtrm 1668, Los Angeles, CA 90012**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*): SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [lbr 7004-1]; TRUSTEE'S COMPLAINT FOR: (1) AVOIDANCE AND RECOVERY OF PREFERENTIAL TRANSFERS; AND (2) AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS; ADVERSARY PROCEEDING COVER SHEET; FREE LEGAL HELP NOTICE; AND COURT NOTICE RE CONTINUANCES  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 2, 2019  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 2, 2019 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 2, 2019 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PERSONAL DELIVERY ALSSI – TO BE DELIVERED BY 7/3/19
The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1660
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 2, 2019 | Gloria Ramos | /S/ GLORIA RAMOS |
|---|---|---|
| Date | Printed Name | Signature |

---

1554029.1  1717975A This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

ADDITIONAL SERVICE INFORMATION (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Brad D Krasnoff (TR)**   BDKTrustee@dgdk.com, bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com
- **Sonia Singh**   ss@dgdk.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY U.S. MAIL**

| Defendant | Defendant | Courtesy Copy |
|---|---|---|
| Andrey Garibyan | Andrey Garibyan | Neil Evans |
| 827 E. Windsor | 11819 E. Hadley Street | 13351 D Riverside Drive, |
| Glendale, CA 91205 | Whittier, CA 90601 | Suite 612 |
| | | Sherman Oaks, CA 91423 |

1554029.1  1717975A  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**